1  Kevin R. Sutherland (State Bar No. 163746)
   CONDON & FORSYTH LLP
2  1901 Avenue of the Stars, Suite 850
   Los Angeles, California 90067
3  Telephone: (310) 557-2030

4  Andrew T. Houghton
   CONDON & FORSYTH LLP
5  7 Times Square
   New York, NY 10036
6  Telephone: (212) 490-9100

7  Attorneys for Counterdefendants
   CERTAIN UNDERWRITERS AT LLOYD'S, et al.

8

9              UNITED STATES DISTRICT COURT

10         FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 EVANSTON INSURANCE COMPANY,<br>13           Plaintiff,<br>14    vs.<br>15 OEA, INC., and DOES 1 through 20,<br>16 inclusive,<br>17           Defendants. | Case No.: CIV 02-1505-DFL-PAN<br>**STIPULATION EXTENDING TIME TO MAKE EXPERT DISCLOSURES** |
| 18 OEA, INC.,<br>19           Counterclaimant,<br>20    vs.<br>21 EVANSTON INSURANCE COMPANY, et al.<br>22           Counterdefendants. | |
| 23 AND RELATED COUNTERCLAIMS | |

24

25

26

27

28

                                1
STIPULATION EXTENDING TIME TO MAKE EXPERT DISCLOSURES

1  **IT IS HEREBY STIPULATED** by and between the parties, OEA, Inc.
2  ("OEA") and Certain Underwriters at Lloyd's of London, et al. ("Underwriters"), by
3  and through their respective counsel, to amend the Court's trial schedule, as set at
4  the September 9, 2005 status conference, to extend the time to make expert
5  designations as follows:
6  1.   Initial expert disclosures will be made on March 1, 2006; and
7  2.   Supplemental and/or rebuttal disclosures will be made on March 24, 2006.
8  All other dates set by the Court at the September 9, 2005 status conference remain
9  the same.
10 Dated: November 29, 2005          CONDON & FORSYTH LLP

                                    By _____Andrew T. Houghton /s/_____
                                          Andrew T. Houghton
                                    Attorneys for CERTAIN UNDERWRITERS
                                    AT LLOYD'S OF LONDON, ET AL.

17 Dated: November 29, 2005          THELEN REID & PRIEST LLP

                                    By _____Lonnie E. Woolverton /s/_____
                                          Lonnie E. Woolverton
                                    Attorneys for OEA, Inc.

22 ORDERED this 2 day of December, 2005

   _____Dan/ D. Tru_____

STIPULATION EXTENDING TIME TO MAKE EXPERT DISCLOSURES