LONNIE E. WOOLVERTON, CA BAR NO. 33720
JOHN L. VIOLA, CA BAR NO. 131407
THELEN REID & PRIEST LLP
333 South Hope Street, 29th Floor
Los Angeles, CA  90071-3048
Telephone:  (213) 576-8000
Facsimile:  (213) 576-8080

DAVEN G. LOWHURST, CA BAR NO. 124723
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3601
Telephone:  (415) 371-1200
Facsimile:  (415) 371-1211

Attorneys for OEA, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>      vs.<br><br>OEA, INC. and DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No.: CIV 02-1505-DFL-PAN<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY AND OTHER PRE-TRIAL CUT-OFF DATES** |
| AND RELATED CROSS-ACTIONS | |

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW
LA #388548 v1/816790-21

CASE NO.: CIV02-1505-DFL-PAN
STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY AND OTHER PRE-TRIAL CUT-OFF DATES

PDF created with pdfFactory trial version www.pdffactory.com

The remaining parties to this action, OEA, Inc. ("OEA") and Certain Underwriters at Lloyd's of London, et al. ("Underwriters"), are currently engaged in motion practice regarding discovery propounded by each of them.  In addition, the parties need this written discovery to be completed to effectively take the depositions relevant in this matter.  Still further, Underwriters has filed a Motion for Reconsideration of the Court's December 20, 2005 Order on their Partial Summary Judgment Motion.  Due to all of these factors, the parties are unable to comply with the dates set by the Court at the hearing of September 9, 2005, for motion cut-off, discovery cut-off and other pre-trial dates.  The parties, therefore, stipulate to extend the discovery, motion and other pre-trial dates as follows:

| **Current Date** | **New Date** |
|---|---|
| Last day for OEA to file its Motion for Summary Judgment – **February 22, 2006** | **May 3, 2006** |
| Initial Expert Disclosure – **March 1, 2006** | **May 10, 2006** |
| Last day for Underwriters to file their Motion for Summary Judgment and to Oppose OEA's Motion for Summary Judgment – **March 8, 2006** | **May 17, 2006** |
| Last day for OEA to file a Reply in Support of its Motion for Summary Judgment and last day for OEA to file its Opposition to Underwriters' Motion for Summary Judgment – **March 22, 2006** | **May 31, 2006** |
| Rebuttal/Supplemental Expert Disclosure – **March 24, 2006** | **June 2, 2006** |
| Last day for Underwriters to file their Reply in Support of their Motion for Summary Judgment and Discovery cut-off– **April 5, 2006** | **June 14, 2006** |
| Hearing on Summary Judgment Motions – | **June 28, 2006** |

PDF created with pdfFactory trial version www.pdffactory.com

**April 14, 2006**

The parties cannot agree upon whether the final pre-trial conference and trial in this matter should be continued. OEA requests the pre-trial conference and trial dates remain as currently scheduled, for June 9, 2006 and August 7, 2006, respectively, and believes that these dates are realistic, even in view of the above stipulated dates. Underwriters believe that maintaining the current pre-trial conference and trial dates is unrealistic in view of the above stipulated pre-trial dates and Underwriters requests pre-trial conference and trial dates of August 30, 2006 and October 4, 2006, respectively. The parties, therefore, respectfully request the Court to consider the dates for the pre-trial conference and trial at the hearing as scheduled on March 1, 2006.

This Stipulation is not entered into for the purpose of delay.

Dated: February __, 2006            LONNIE E. WOOLVERTON
                                    JOHN L. VIOLA
                                    THELEN REID & PRIEST LLP


                                    By _____
                                          John L. Viola
                                       Attorneys for OEA, INC.

Dated: February __, 2006            ANDREW T. HOUGHTON
                                    CONDON & FORSYTH LLP


                                    By _____
                                          Andrew T. Houghton
                                    Attorneys for CERTAIN UNDERWRITERS
                                       FOR LLOYD'S OF LONDON, ET AL.

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

LA #388548 v1/816790-21         -2-        CASE NO.: CIV02-1505-DFL-PAN
                              STIPULATION AND [PROPOSED] ORDER CONTINUING

PDF created with pdfFactory trial version www.pdffactory.com

1 | IT IS SO ORDERED.

2

3 | Dated: 2/1/2006

4 | /s/ David F. Levi
The Honorable David F. Levi
5 | United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com