UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EVANSTON INSURANCE COMPANY,

        Plaintiff,

        v.

OEA, INC. and DOES 1 through 20, inclusive,

        Defendants.
_____

AND RELATED CLAIMS
_____

CIV. S-02-1505 DFL PAN

ORDER

—o○o—

Counterdefendants and counterclaimants Certain Underwriters At Lloyd's ("Underwriters") move to compel OEA, Inc. ("OEA") to provide further responses to discovery. Pursuant to the hearing on this matter February 15, 2006, the court makes the following order.

Underwriters' motion to compel further verified answers to its Third Set of Interrogatories, Nos. 2 and 3, is granted. OEA's objections are overruled. To allow sufficient time for the completion and review of outstanding discovery, including any supplementation of

1  the claims file by Underwriters and the deposition of William Vessey on March 23, 2006, OEA
2  shall have until April 15, 2006 to serve these verified answers , .

3  Underwriters' motion to compel further production pursuant to its First Request for
4  Production, Nos. 31 through 34, is granted.  OEA's objections are overruled.  OEA shall produce
5  the responsive documents, clearly identified, for inspection and copying within 20 days from the
6  date of hearing, or by March 7, 2006.

7  Underwriters' motion to compel further responses to its Third Set of Requests for
8  Admissions, Nos. 6 -9 and 15 -17,  is granted.  OEA's objections are overruled.  OEA's further
9  responses shall satisfy the substance of each request, define all pertinent terms (e.g., manufacture,
10 produce, assemble, disassemble, refurbish, replace, remove, install, repair, refabricate, etc.), and
11 clarify the party responsible for each activity (e.g., OEA, Inc. or OEA, Aerospace, Inc.).  OEA
12 shall serve these further responses by March 7, 2006.

13 All requests for sanctions and/or expenses are denied.

14 Further status conference is scheduled Thursday, April 13, 2006, at 11:00 a.m., in
15 Courtroom 25, to address OEA's  motion for letters rogatory to depose London resident Dudley
16 Phillips, and to address any other pertinent matters.  On or before April 6, 2006, at 4:00 p.m.,
17 counsel for the parties shall file a letter stating the conference is unnecessary because the parties
18 are in agreement, or a joint statement pursuant to E. D. Cal. L. R. 251 setting forth the parties'
19 respective positions regarding their dispute(s).

20 DATED:  February 17, 2006.

UNITED STATES MAGISTRATE JUDGE

24 006.evan1505.ord