1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   One Market Plaza
2  Steuart Tower, 8th Floor
   San Francisco, CA  94105
3  Telephone (415) 781-7900

4  Andrew T. Houghton, Esq.
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
5  125 Broad Street, 39th Floor
   New York, New York  10004
6  Telephone: (212) 422-0202

7  Attorneys for Counterdefendants

8  CERTAIN UNDERWRITERS AT LLOYD'S, et al.

10             UNITED STATES DISTRICT COURT

11         FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>OEA, INC., and DOES 1 through 20, inclusive<br><br>Defendants. | Case No. CIV-02-1505-DFL-PAN<br><br>**STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL** |
| OEA, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>EVANSTON INSURANCE COMPANY, et al.,<br><br>Counterdefendants. | |
| AND RELATED CLAIMS | |

**STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED that the law offices of SEDGWICK, DETERT, MORAN & ARNOLD LLP, located at 125 Broad Street, 39th Floor, New York, New York 10004 and at One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105 be substituted as attorneys of record for Counterdefendants CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, ET AL. in place and stead of CONDON & FORSYTH LLP as of the date hereof, and that this substitution is effective without further notice.

Dated: February 27, 2006        CONDON & FORSYTH LLP


                                By _____/S/_____
                                   Kevin R. Sutherland, Esq.
                                1901 Avenue of the Stars, Suite 850
                                Los Angeles, California 90067
                                (310) 557-2030

Dated: February 28, 2006        SEDGWICK, DETERT, MORAN & ARNOLD LLP


                                By _____/S/_____
                                   Andrew T. Houghton, Esq.
                                125 Broad Street, 39th Floor
                                New York, New York 10004
                                (310) 407-2384

Dated: February 28, 2006        CERTAIN UNDERWRITERS AT LLOYD'S OF
                                      LONDON et al.


                                By _____/S/_____
                                   John Larkins


Dated: 3/7/2006                 IT IS SO ORDERED:

                                _____
                                DAVID F. LEVI
                                United States District Judge

**STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL**