IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANSTON INSURANCE CO.,<br><br>        Plaintiff,<br><br>   v.<br><br>OEA, INC., and DOES 1-20, inclusive,<br><br>        Defendants.<br><hr>OEA, INC.,<br><br>        Counterclaimant,<br><br>   v.<br><br>EVANSTON INSURANCE CO., et al.,<br><br>        Counterdefendants. | CIV-S-02-1505 DFL PAN<br><br>ORDER |

The motion for reconsideration filed by Certain Underwriters at Lloyd's, et al. is DENIED.  OEA, Inc.'s motion for sanctions is DENIED.  OEA, Inc.'s motion to file first amended counterclaims is GRANTED.

IT IS SO ORDERED.

Dated: 3/7/2006

_____
DAVID F. LEVI
United States District Judge

2