IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANSTON INSURANCE CO.,<br><br>      Plaintiff,<br><br>  v.<br><br>OEA, INC., and DOES 1-20, inclusive,<br><br>      Defendants.<br>—————————————————————<br>OEA, INC.,<br><br>      Counterclaimant,<br><br>  v.<br><br>EVANSTON INSURANCE CO., et al.,<br><br>      Counterdefendants. | CIV-S-02-1505 DFL JFM<br><br>ORDER |

Counterclaimant OEA, Inc. ("OEA") moves to extend the deadline for filing its summary judgment motion. Counterdefendants Certain Underwriters at Lloyd's, et al. ("Lloyd's") oppose the motion and move to bifurcate and stay OEA's bad faith claim.

OEA's motion is GRANTED and Lloyd's motion is DENIED. OEA has until May 31, 2006 to file a motion for summary judgment. Lloyd's may file its own motion for summary judgment and any opposition to OEA's motion for summary judgment by June 14, 2006. OEA has until June 28, 2006 to file its reply and to oppose Lloyd's summary judgment motion. The deadline for Lloyd's reply is July 12, 2006. The hearing for both summary judgment motions is set for July 26, 2006. All other dates, including the discovery cut-off date of June 14, 2006, remain unchanged.

IT IS SO ORDERED.

Dated: May 3, 2006

_____
DAVID F. LEVI
United States District Judge