1  LONNIE E. WOOLVERTON, CA BAR NO. 33720
2  JOHN L. VIOLA, CA BAR NO. 131407
   THELEN REID & PRIEST LLP
3  333 South Hope Street, 29th Floor
4  Los Angeles, CA  90071-3048
   Telephone:  (213) 576-8000                    **OK/HAV**
5  Facsimile:  (213) 576-8080

6
7  DAVEN G. LOWHURST, CA BAR NO. 124723
   THELEN REID & PRIEST LLP
8  101 Second Street, Suite 1800
9  San Francisco, CA  94105-3601
   Telephone:  (415) 371-1200
10 Facsimile:  (415) 371-1211

11
   Attorneys for OEA, INC.
12

13                UNITED STATES DISTRICT COURT
14
                FOR THE EASTERN DISTRICT OF CALIFORNIA
15

16
17 EVANSTON INSURANCE            Case No.: 2:02 CV-01505-DFL-PAN (JFM)
   COMPANY,
                                 **STIPULATION AND ORDER STAYING
18              Plaintiff,       ALL CASE ACTIVITY FOR 30 DAYS
                                 AND CONTINUING DISCOVERY CUT-
19    vs.                        OFF, SUMMARY JUDGMENT
                                 BRIEFING AND OTHER PRE-TRIAL
20 OEA, INC. and DOES 1 through 20, CUT-OFF DATES**
   inclusive,
21
                Defendants.
22

23
24      WHEREAS, principal trial counsel for OEA, Inc. ("OEA"), Lonnie E.

25 Woolverton, has suffered a stroke and currently is unable to continue handling this

26 matter, and,

27
28

1  WHEREAS, Certain Underwriters at Lloyd's of London, et al.
2  ("Underwriters") are amenable to a stay of all motion and discovery activity in this
3  case for thirty (30) days, or such longer period as may be required by OEA and
4  agreed by the parties, in light of Mr. Woolverton's current condition.

5  IT IS HEREBY STIPULATED, by OEA and Underwriters, through their
6  respective attorneys of record, to stay all current motion and discovery activity in this
7  case for thirty (30) days, from May 11, 2006 until June 9, 2006, and to continue
8  existing discovery and motion dates as follows:

| Current Date | New Date |
|---|---|
| Rebuttal/Supplemental Expert Disclosure – **June 2, 2006** | **July 7, 2006** |
| Last day for Underwriters to file their Motion for Summary Judgment and to Oppose OEA's Motion for Summary Judgment and Discovery Cut-Off – **June 14, 2006** | **July 12, 2006** |
| Last day for OEA to file a Reply in Support of its Motion for Summary Judgment and to Oppose Underwriters' Motion for Summary Judgment and Deadline for Expert Depositions – **June 28, 2006** | **July 26, 2006** |
| Last day for Underwriters to file their Reply in Support of Their Motion for Summary Judgment – **July 12, 2006** | **August 9, 2006** |
| Hearing on Summary Judgment Motions – **July 26, 2006** | **September 6, 2006 at 10:00 a.m.** |

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

LA #400990 v1            -2-            2:02 CV-01505-DFL-PAN (JFM)
STIPULATION STAYING ALL CASE ACTIVITY FOR 30 DAYS
AND [PROPOSED] ORDER

1

Dated: May_12, 2006

2

3                                                                                 LONNIE E. WOOLVERTON
JOHN L. VIOLA
THELEN REID & PRIEST LLP

By         /s/
          John L. Viola
   Attorneys for OEA, INC.

Dated: May 12, 2006         ANDREW T. HOUGHTON
TIMOTHY D. KEVANE
SEDGWICK, DETERT, MORAN &
ARNOLD LLP

By         /s/
     Andrew T. Houghton
Attorneys for CERTAIN UNDERWRITERS
FOR LLOYD'S OF LONDON, ET AL.

IT IS SO ORDERED.

Dated: 5/18/2006

_____
DAVID F. LEVI
United States District Judge