1
2
3
4
5
6
7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 EVANSTON INSURANCE COMPANY, | No. CIV S-02-1505 DFL PAN |
| 11 | |
| 12       Plaintiff, | LETTER OF REQUEST: |
|     vs. | |
| 13 OEA, INC. and DOES 1 through 20, inclusive, | REQUEST FOR INTERNATIONAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 |
| 14       Defendants. | ON THE TAKING OF EVIDENCE IN CIVIL OR COMMERCIAL MATTERS |
| 15 _____/ | |
| 16 AND RELATED CROSS-CLAIMS. | |
| 17 _____/ | |

18 THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

19 CALIFORNIA, 501 I Street, Sacramento, California 95814:

20       TO THE HIGH COURT OF JUSTICE, QUEEN'S BENCH DIVISION, STRAND,

21 LONDON, UNITED KINGDOM OF GREAT BRITAIN AND NORTHERN IRELAND.

22       In conformity with article 3 of the Convention, the undersigned application has the honor

23 to submit the following request:

24       John F. Moulds, U.S. Magistrate Judge, U.S. District Court for the Eastern District of

25 California, 501 I Street, Suite 16-400, Sacramento, California 95814, requesting judicial

26 authority.

To the Senior Master of the Supreme Court, Queen's Bench Division, Royal Courts of

Justice, Strand London WC2A 2LL, England, U.K.

Names and addresses of the parties and their representatives:

| | |
|---|---|
| John L. Viola | Andrew Timothy Houghton |
| Thelen Reid & Priest LLP | Sedgwick Detert Moran & Arnold LLP |
| 333 South Hope Street, Ste. 2900 | 125 Broad Street, 39th Floor |
| Los Angeles, CA  90071-3048 | New York, NY  10004-2400 |
| Counsel for OEA | Counsel for the Underwriters |
| 213-576-8000 x 8076 | 212-490-9100 x 6810 |
| fax 213-576-8080 | fax 212-370-4453 |

WHEREAS the above civil action is pending in our United States District Court for the

Eastern District of California, in which OEA, Inc. ("OEA") is Defendant and Counterclaimant

and Certain Underwriters at Lloyd's of London, et al. ("Underwriters") is a Counterdefendant, it

has been suggested to this Court that justice cannot be completely done between the parties

without OEA having the deposition testimony of Dudley Phillips, an individual who resides

within your jurisdiction, such evidence being necessary at the trial of the above action.

This Court requests the assistance described herein as necessary in the interest of justice.

The assistance requested is that the appropriate judicial authority, through your usual and proper

process, compel the appearance of Dudley Phillips to give evidence related to the

above-captioned matter.

OEA was sued in California state court by Karen Wise and Patricia Shugart, two

employees of OEA Aerospace, Inc., a wholly-owned subsidiary of OEA, for injuries sustained in

two unrelated accidents, while in the course and scope of their employment.  Both were badly

injured.  Wise lost her thumb and portions of the fingers of her right hand, among other injures.

Shugart lost the sight in one eye, among other injuries.  OEA tendered the claim to the

Underwriters, as well as other insurance companies that had issued policies to OEA, for defense

and indemnity.

The Underwriters denied the claim and OEA filed claims against Underwriters for breach

of contract and breach of the covenant of good faith and fair dealing.

1    The Underwriters, has identified Dudley Phillips as an individual who was privy to events
2    that related directly to the Underwriters' denial of OEA's claim and who made the decision by the
3    Underwriters to deny OEA's claim.  OEA seeks to elicit such information through questioning at
4    the deposition of Mr. Phillips.  Mr. Phillips resides at Flat 68, Thomas Moore House, London
5    EC2Y 8BT (Telephone Number 0044 207 588 0418).

6    In the interest of justice, it is proposed that Dudley Phillips be asked about the following
7    issues and matters:

8    1.    The Underwriters' investigation of OEA's claim;

9    2.    The Underwriters' original decision to deny OEA's claim; and

10    3.    The Underwriters' processing of OEA's claim, including any further evaluation
11    and/or investigation of the claim following its original denial of the claim.

12    WE THEREFORE REQUEST that in the interest of justice, you issue an order by your
13    power and the usual process summoning Dudley Phillips to appear, before you or some
14    competent officer by you for that purpose authorized, at an appropriate time and place, to give
15    testimony under oath or affirmation by question and answers upon oral deposition, to be
16    conducted as an American-style deposition with American counsel present and participating and
17    conducting the examination.  Such deposition to continue until completion on the topics as
18    respectfully requested and described above.

19    WE FURTHER REQUEST the you cause the examination to be reduced to writing, and
20    that such books, papers, or other articles that said witness may identify at the oral examination be
21    marked as exhibits and attested.  The Court is requested to authorize the examination to be
22    videotaped at OEA's application.  We request that you cause the materials to be returned to us
23    under cover duly sealed and addressed to the Clerk of the United States District Court for the
24    Eastern District of California, United States of America.  We shall be ready and willing to do the
25    /////
26    /////

1  same for you in a similar case when required.  We shall reimburse you for any costs incurred in

2  executing the instant Letter of Request, aka Letter Rogatory.

3  DATE OF REQUEST:  June 13, 2006.

4

5

6  UNITED STATES MAGISTRATE JUDGE

7

8  Jack L. Wagner, CLERK
   United States District Court
9  Eastern District of California
   By: _____
10      Deputy Clerk

11

12

13  /001;letters.rogatory

14

15

16

17

18

19

20

21

22

23

24

25

26