1  JOHN L. VIOLA, CA BAR NO. 131407
   THELEN REID & PRIEST LLP
2  333 South Hope Street, 29th Floor
   Los Angeles, CA 90071-3048
3  Telephone: (213) 576-8000
   Facsimile: (213) 576-8080
4
   DAVEN G. LOWHURST, CA BAR NO. 124723
5  THELEN REID & PRIEST LLP
   101 Second Street, Suite 1800
6  San Francisco, CA 94105-3601
   Telephone: (415) 371-1200
7  Facsimile: (415) 371-1211

8  Attorneys for OEA, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, | Case No.: 2:02 CV-01505-DFL-PAN (JFM) |
| Plaintiff, | **STIPULATION CORRECTING NAMES OF PARTIES AND ORDER THEREON** |
| vs. | |
| OEA, INC. and DOES 1 through 20, inclusive | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

IT IS HEREBY STIPULATED by and between Defendant, Counterclaimant and Codefendant OEA, Inc. ("OEA") and Counterdefendant and Counterclaimant Certain Underwriters at Lloyd's of London, et al. ("Underwriters") that OEA's First Amended Counterclaims, at paragraph 9, are amended to read as follows:

"9. OEA, Inc. is informed and believes and upon such information and belief alleges, that at all times herein relevant, counterdefendants Certain Underwriters at Lloyd's of London, known as syndicate numbers 48, 800, 824, 173, 960, 545, 998, 270, 53, 925, 959 and 734; The British Aviation Insurance Company, Ltd.; Commercial Union Assurance Company PLC, previously incorrectly identified as Commercial Union Insurance Company; The Threadneedle Insurance Company, Ltd.; The Yorkshire Insurance Company, Ltd.; Guardian Royal Exchange Assurance

-1-
**STIPULATION CORRECTING NAMES OF PARTIES AND [PROPOSED] ORDER**

1 PLC, previously incorrectly identified as GRE (UK) Ltd.; Marine Insurance Company, Ltd.; Phoenix
2 Assurance, PLC; Zurich Re (UK) Ltd. Avn.; Assicurazioni Generali S.P.A.; Assurances Generales
3 de France I.A.R.T.; Gan Incendie Accidents; La Concorde Cie d' Assurances London, per its
4 underwriting agent Robert Malatier Ltd., previously incorrectly identified as La Concorde
5 Compagnie; Navigators Insurance Company; Skandia International Insurance Corporation; and
6 Indemnity Insurance Company of North America, are a consortium and/or syndicate of insurers
7 and/or underwriters which have banded together to provide insurance to OEA, Inc.  This group will
8 be referred to hereinafter collectively as Lloyd's.  OEA, Inc. is further informed and believes that
9 upon such information and belief alleges that Lloyd's has its principal place of business in London,
10 England."

11    The parties further stipulate that the entities set forth above in this Stipulation are the entities
12 that underwrote and/or subscribed to Policy No. 757/ZJ950371 issued to OEA and are the proper
13 party defendants to this action.

14    This Stipulation is not sought for purposes of delay, but rather, to reflect the correct names
15 of the foregoing defendants to this action.

Dated: July 5, 2006                           JOHN L. VIOLA
                                              THELEN REID & PRIEST LLP


                                              By_____/s/_____
                                                      John Viola
                                                 Attorneys for OEA, Inc.

Dated: June 22, 2006                          ANDREW T. HOUGHTON
                                              TIMOTHY D. KEVANE
                                              SEDGWICK DETERT, MORAN & ARNOLD LLP


                                              By_____/s/_____
                                                   Andrew T. Houghton
                                              Attorneys for CERTAIN UNDERWRITERS
                                                 AT LLOYD'S OF LONDON, ET AL.

IT IS SO ORDERED.

Dated:  7/7/06

                                               _/s/ David F. Levi_____
                                               Hon. David F. Levi
                                               UNITED STATES DISTRICT JUDGE

-2-
**STIPULATION CORRECTING NAMES OF PARTIES AND [PROPOSED] ORDER**