1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EVANSTON INSURANCE
     COMPANY,
11
                     Plaintiff,              No. CIV S-02-1505 DFL PAN
12          vs.

13   OEA, INC. and DOES 1 through 20,
     inclusive,
14
                     Defendants.             ORDER
15   _____/

16
     AND RELATED CROSS-CLAIMS.
17   _____/

18          By order filed June 13, 2006, defendant OEA's motion for issuance of letters

19   rogatory was granted and a letter of request was issued.  However, on July 6, 2006, the Senior

20   Master of the Queen's Bench Division of the Supreme Court of England and Wales returned the

21   letter of request noting certain deficiencies.  Accordingly, defendant OEA is directed to submit to

22   the court a proposed revised letter of request[1] that complies with the requirements of the English

23   court.  Opposing counsel shall have ten days thereafter to file objections, if any.

24

25          [1] Counsel shall also e-mail a copy of the revised letter of request, in word processing
     format, to "jfmorders@caed.uscourts.gov," the address for submission of proposed orders
26   provided on the court's website.

                                            1

1    IT IS HEREBY ORDERED that:

2        1.  Within ten days from the date of this order, defendant OEA shall submit a

3   revised Letter of Request; and

4        2.  Opposing counsel's objections, if any, shall be filed ten days thereafter.

5   DATED:  July 17, 2006.

6

7                                 _____
                                    UNITED STATES MAGISTRATE JUDGE
8

9   /001;evanston.fb

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26