Dennis G. Rolstad, Bar No. 150006
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone (415) 781-7900

Andrew T. Houghton, Esq.
Timothy D. Kevane, Esq., Bar No. 156481
SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004
Telephone: (212) 422-0202

Attorneys for Counterdefendants
CERTAIN UNDERWRITERS AT LLOYD'S, et al.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>           vs.<br><br>OEA, INC., and DOES 1 through 20, inclusive<br>                    Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. CIV-02-1505-DFL-PAN<br><br>**STIPULATION RE: DISMISSAL WITH PREJUDICE; AND ORDER THEREON** |

CASE NO. CIV 02-1505-DFL-PLAN
STIPULATION RE: DISMISSAL AND [PROPOSED] ORDER THEREON

WHEREAS counterclaimant OEA, Inc. ("OEA") and counterdefendants Certain Underwriters at Lloyd's of London, et al. ("Underwriters") have settled the claims between them,

IT IS HEREBY STIPULATED AS FOLLOWS:

1. The Ninth Claim for Relief and the Tenth Claim for Relief alleged by OEA against Underwriters in its First Amended Counterclaims for Damages are hereby dismissed with prejudice.

2. The counterclaim for Declaratory Relief alleged by Underwriters against OEA in their Amended Answer is hereby dismissed with prejudice.

3. Each party shall bear their own costs and expenses incurred in this litigation.

Dated: December 28, 2006        ANDREW T. HOUGHTON
                                TIMOTHY D. KEVANE
                                SEDGWICK, DETERT, MORAN & ARNOLD LLP


                                By ___/s/ Andrew T. Houghton_____
                                    Andrew T. Houghton
                                    Attorneys for Certain Underwriters
                                    for Lloyd's of London, et al.

Dated: January 8, 2007          JOHN L. VIOLA
                                THELEN REID & PRIEST


                                By ___/s/ John L. Viola_____
                                    John L. Viola
                                    Attorneys for OEA, Inc.

**ORDER**

IT IS HEREBY ORDERED THAT:

1. The Ninth Claim for Relief and the Tenth Claim for Relief alleged by OEA against Underwriters in its First Amended Counterclaims for Damages are hereby dismissed with prejudice.

2. The counterclaim for Declaratory Relief alleged by Underwriters against OEA in their Amended Answer is hereby dismissed with prejudice.

1     3.     Each party shall bear its own costs and expenses incurred in this litigation.DATE: 1/15/2007

                                           /s/ David F. Levi
                                           DAVID F. LEVI
                                           United States District Judge