JOHN L. VIOLA, CA BAR NO. 131407
THELEN REID BROWN RAYSMAN & STEINER LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071-3048
jlviola@thelen.com
Telephone: (213) 576-8000
Facsimile: (213) 576-8080

DAVEN G. LOWHURST, CA BAR NO. 124723
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3601
dglowhurst@thelen.com
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for OEA, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>OEA, INC. and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO: 2:02-CIV-1505-DFL-EFB<br><br>**ORDER APPROVING OEA, INC.'S SUPERSEDEAS BOND AND STAY OF PROCEEDINGS** |
| AND RELATED CROSS-ACTION. | |

On February 14, 2007, Defendant, Counterclaimant and Counterdefendant OEA, Inc. filed its Notice of Appeal of this Court's Judgment entered February 9,

2007.  Subsequently, on February 21, 2007, OEA filed its Supersedeas Bond pursuant to Federal Rule of Civil Procedure Rule 62(d).

Good cause appearing therefore and pursuant to Federal Rule of Civil Procedure Rule 62 and Federal Rule of Appellate Civil Procedure Rule 8,

IT IS HEREBY ORDERED that:

1. OEA's Supersedeas Bond is hereby approved and accepted by this Court; and,

2. The Court's Judgment of February 9, 2007, is stayed pending appeal.

Dated:  March 9, 2007

/s/ David F. Levi_____
Judge David F. Levi
UNITED STATES DISTRICT COURT JUDGE