UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>OEA, INC., and Does 1 through 20,<br><br>    Defendants. | Case No.: 02-CIV-1505-DFL-PAN<br><br>FINAL AGREED ORDER DISCHARGING SUPERSEDEAS BOND<br>[BOND NO.: 104872853] |

    This matter having come before this Court on the stipulation of plaintiff Evanston Insurance Company and defendant OEA, Inc. to discharge Supersedeas Bond No. 104872853 ("Supersedeas Bond") posted by OEA, Inc. in connection with Ninth Circuit Case No. 07-15316 and The Travelers, as surety, in this case in the amount of $2,612,971.56 to stay execution of judgment by appellee Evanton Insurance Company.  Following affirmance of the judgment against OEA, Inc. and in favor of Evanston Insurance Company on appeal, the full amount owed to Evanston Insurance Company has been remitted and the judgment satisfied.  Therefore, the bond is no longer required and should be discharged; and Travelers and its parents, affiliates, and subsidiaries ("Travelers") released from any and all liability.

1  IT IS ORDERED AND ADJUDGED that the judgment has been fully satisfied, as
2  evidenced by the Acknowledgment of Satisfaction of Judgment filed with the Court, copy of
3  which is attached hereto, and therefore the Supersedeas Bond is no longer required and is hereby
4  fully and unconditionally discharged, released, and exonerated, and Travelers is hereby released
5  from any and all past, present, and future liability in connection with the issuance of the
6  Supersedeas Bond.

7  Dated: October 16, 2009.

      /s/ John A. Mendez
      Judge of the District Court
      Eastern District of California